*E-FILED - 2/9/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEREZ HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>JAMES WALKER, Warden,<br><br>Respondent. | No. C 09-3457 RMW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER<br><br>(Docket No. 14) |

Good cause appearing, respondent is hereby granted an extension of time, up to and including February 27, 2010, in which to file a dispositive motion or answer to the petition for habeas corpus. Petitioner shall file any opposition or traverse within **thirty (30) days** of the filing date of respondent's response. If respondent files a dispositive motion, respondent shall file a reply to petitioner's opposition within **fifteen 15 days** from the date such opposition is filed.

This order terminates docket no. 14.

DATED: 2/8/10

RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time to File Answer
P:\PRO-SE\SJ.Rmw\HC.09\Hernandez457EOT-Answer.wpd