*E-FILED - 8/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY PEREZ HERNANDEZ,  ) No. C 09-3457 RMW (PR)
           )
   Petitioner,   ) ORDER REQUIRING
           ) RESPONDENT TO FILE
 v.        ) ADDITIONAL EXHIBITS
           )
JAMES WALKER, Warden,   )
           )
   Respondent.   )
_____)

   Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Following an initial review of the petition, the court found petitioner's claims cognizable and ordered respondent to show cause why the petition should not be granted. Currently pending before the court is respondent's motion to dismiss the petition as untimely. The court requires supplemental materials to aid its review of the motion.  Accordingly, **within twenty-one (21) days** of the date this order is filed, respondent shall file with the court and serve on petitioner a complete copy of petitioner's state habeas petitions filed in the superior, appellate, and supreme courts.

   IT IS SO ORDERED.

DATED: _____7/30/10_____

RONALD M. WHYTE
United States District Judge

Order Requiring Respondent to File Additional Exhibits
P:\PRO-SE\SJ.Rmw\HC.09\Hernandez457supp.wpd