1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*E-FILED - 1/27/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ANTHONY PEREZ HERNANDEZ,**

Petitioner,

v.

**JAMES WALKER, Warden,**

Respondent.

Case No. C 09-3457 RMW (PR)

**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including February 27, 2011, to file an answer to the petition for writ of habeas corpus. Petitioner shall file any reply within 30 days of the date the answer is filed.

Dated: 1/25/11

_Ronald M. Whyte_
The Honorable Ronald M. Whyte

1

Order Granting Extension of Time to File Answer (C 09-3457 RMW (PR))