1

2

3

4

5
*E-FILED - 4/21/11*

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 ANTHONY PEREZ HERNANDEZ,          )          No. C 09-3457 RMW (PR)
                                     )
12            Petitioner,            )          ORDER GRANTING
                                     )          EXTENSION OF TIME FOR
13       v.                          )          PETITIONER TO FILE A
                                     )          TRAVERSE
14 JAMES WALKER, Warden,             )
                                     )
15            Respondent.            )
   _____  )          (Docket No. 47)

16

17        Petitioner has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C.

18 § 2254.  Before the court is Petitioner's motion for extension of time to file his traverse.

19 Petitioner's motion for extension of time is GRANTED.  Petitioner's traverse is due **on or**

20 **before April 29, 2011**.

21        This order terminates docket no. 47.

22        IT IS SO ORDERED.

23 DATED: __4/21/11__

                                     _____
24                                   RONALD M. WHYTE
                                     United States District Judge

25

26

27

28

Order Granting  Extension of Time for Petitioner to File a Traverse
P:\PRO-SE\SJ.Rmw\HC.09\Hernandez457.eot-traverse.wpd