*E-FILED - 6/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY PEREZ HERNANDEZ, | ) | No. C 09-3457 RMW (PR) |
| Petitioner, | ) ) | ORDER GRANTING PETITIONER'S SECOND APPLICATION FOR EXTENSION OF TIME TO FILE A TRAVERSE |
| v. | ) ) ) | |
| JAMES WALKER, Warden, | ) ) | |
| Respondent. | ) ) | (Docket No. 50 & 57) |

Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the court is petitioner's second application for extension of time to file his traverse. Petitioner's motion for extension of time is GRANTED. Petitioner's traverse is due **on or before June 28, 2011**. Because the case has been pending since July 2009, further requests for extensions will not be favored.

This order terminates docket no. 50.

IT IS SO ORDERED.

DATED:  6/3/11

RONALD M. WHYTE
United States District Judge