*E-FILED - 7/29/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY PEREZ HERNANDEZ, | ) | No. C 09-3457 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING |
| | ) | PETITIONER'S THIRD |
| v. | ) | MOTION FOR |
| | ) | ENLARGEMENT OF TIME TO |
| JAMES WALKER, Warden, | ) | FILE A TRAVERSE |
| | ) | |
| Respondent. | ) | |
| _____ | ) | (Docket No. 60) |

Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C.

§ 2254.  Before the court is petitioner's third motion for enlargement of time to file his traverse.

In a court order dated June 3, 2011, the court granted petitioner's motion for extension of time,

and warned petitioner that further extensions would not be favored.  In petitioner's current

motion before the court, petitioner claims he is unable to file a timely traverse, due to the limited

law library access at the prison and circumstances beyond his control.  Good cause appearing,

petitioner's motion for enlargement of time is GRANTED.  Petitioner's traverse is due **thirty**

**(30) days** from the filing date of this order.  Because the case has been pending since July 2009,

further requests for extensions will not be granted absent exigent circumstances.

This order terminates docket no. 60.

IT IS SO ORDERED.

DATED:  _7/28/11_

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

ANTHONY PEREZ HERNANDEZ,

        Plaintiff,

  v.

JAMES WALKER et al,

        Defendant.

Case Number: CV09-03457 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Perez Hernandez J-91728
California State Prison-Sacramento
C8-115
P.O. Box 290066
Represa, CA 95671-0066

Dated: July 29, 2011

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk