**E-FILED on 2/18/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY PEREZ HERNANDEZ,** | Case No. C 09-3457 RMW (PR) |
| Petitioner, | **[] ORDER** |
| v. | |
| **JAMES WALKER, Warden,** | |
| Respondent. | |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **Friday, February 21, 2014**, in which to file and serve a response to the petition for writ of habeas corpus. Petitioner shall file and serve a traverse or an opposition or statement of non-opposition within **thirty (30) days** of the filing of an answer or a motion to dismiss. In the event that respondent files a motion to dismiss, respondent shall file and serve a reply within **fifteen (15) days** of the filing of any opposition.

Dated: 2/18/14

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEREZ HERNANDEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>JAMES WALKER et al,<br><br>                Defendant. | Case Number: CV09-03457 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 18, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Perez Hernandez J-91728
California State Prison-Solano
5-147-L
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: February 18, 2014

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk