*E-FILED*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY PEREZ HERNANDEZ, | ) | No. C 09-3457 RMW (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION |
| vs. | ) ) | FOR EXTENSION OF TIME TO FILE TRAVERSE |
| JAMES WALKER, Warden, | ) ) | |
| Respondent. | ) ) | |
| | ) | (Docket No. 83) |

    Petitioner, a California prisoner proceeding pro se, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 14, 2014, respondent filed a motion to dismiss petitioner's newly-added habeas corpus claims as untimely. (Docket No. 82.) Petitioner has filed a motion for an extension of time to file a traverse which the court construes as a motion for an extension of time to file an opposition. (Docket No. 83.)

    So construed, petitioner's motion for an extension of time to file an opposition is GRANTED. Petitioner's opposition shall be filed no later than twenty-eight (28) days from the filing date of this order. Respondent shall file a reply within fourteen (14) days thereafter.

    This order terminates docket number 83.

    IT IS SO ORDERED.

DATED: _____

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Mot. for Ext. of Time to File Traverse
P:\PRO-SE\RMW\HC.09\Hernandez457eot-trav.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEREZ HERNANDEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMES WALKER et al,<br><br>        Defendant. | Case Number: CV09-03457 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Perez Hernandez J-91728
California State Prison-Solano
5-147-L
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: July 3, 2014

                                            Richard W. Wieking, Clerk
                                            By: Jackie Lynn Garcia, Deputy Clerk